UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

VICTOR LOPEZ, ON BEHALF OF HIMSELF   :   <u>ECF CASE</u>
AND ALL OTHER PERSONS SIMILARLY   :
SITUATED,   :
  :
      Plaintiffs,   :   No.: 1:25-cv-6669
  :
     v.   :
  :
TR TOOLS, L.L.C.,   :
  :
      Defendant.   :
  :
  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## NOTICE OF SETTLEMENT

To The Honorable Court:

   The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
   November 12, 2025     Respectfully Submitted,

                **GOTTLIEB & ASSOCIATES PLLC**
                <u>/s/ Michael A. LaBollita</u>
                Michael A. LaBollita, Esq.

                Michael A. LaBollita (ML-9985)
                Jeffrey M. Gottlieb (JG-7905)
                Dana L. Gottlieb (DG-6151)
                GOTTLIEB & ASSOCIATES PLLC
                150 East 18th Street, Suite PHR
                New York, New York 10003
                Tel: 212.228.9795
                Fax: 212.982.6284
                Jeffrey@Gottlieb.legal
                Dana@Gottlieb.legal
                Michael@Gottlieb.legal
                *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge