UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VICTOR LOPEZ, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiff,

v.

TR TOOLS, L.L.C,

        Defendants

------------------------------------------------------------------X

No.: 1:25-cv-6669

ECF CASE

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, VICTOR LOPEZ and Defendant, TR TOOLS, L.L.C, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       January 14, 2025

GOTTLIEB & ASSOCIATES PLLC

_/s/ Jeffrey Gottlieb_

Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiff*

STEIN & NIEFORENT LLP

_/s/ David Stein_

David Stein, Esq.
1441 Broadway, Suite 6090
New York, NY 10018
Phone: (212) 308-3444
Fax: (212) 836-9595
dstein@steinllp.com

*Attorney for Defendant*

So ordered.
1/16/2026

_/s/ J. Paul Oetken_
J. PAUL OETKEN
United States District Judge